**Larry Dean POINTER, Respondent,**

v.

**Linda S. POINTER, Appellant.**

**No. WD 42966.**

Missouri Court of Appeals,
Western District.

Oct. 30, 1990.

James D. Worthington, Lexington, for appellant.

Robert C. Paden, Independence, for respondent.

Before GAITAN, P.J., and TURNAGE and KENNEDY, JJ.

### ORDER

PER CURIAM.

Husband filed petition in dissolution. Wife cross-petitioned, requesting child support and custody of their minor child. Wife appeals the orders regarding child support, division of property, attorneys fees and maintenance.

Judgment affirmed. Rule 84.16(b).